UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:21-CR-00178-JCM-DJA |
| Plaintiff-Appellee, | USCA Case No. 22-10075 |
| v. | **ORDER** |
| SHAUN PATRICK ANDERSON, | |
| Defendant-Appellant. | |

Presently before the court is the matter of *USA v. Anderson*, case number 2:21-cr-00178-JCM-DJA.

On March 18, 2022, this court entered a written judgment committing defendant Shaun Anderson ("defendant") to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of 78 months. (ECF No. 27). During the sentencing hearing, the court stated the sentence is to run *concurrently* with defendant's previously imposed federal sentence from a related fraud case, which is not reflected in the current sentence.

Defendant timely appealed to the Ninth Circuit Court of Appeals (ECF No. 28), and upon joint motion for summary disposition, the Ninth Circuit entered an order on mandate "to correct the written judgment to make it consistent with the court's oral pronouncement of sentence." (Case No. 22-10075; DktEntries 10, 11).

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that as of March 18, 2022, defendant is committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of 78 months to run concurrently with his sentence in 2:17-cr-00363-APG-EJY.

IT IS FURTHER ORDERED that the court's order (ECF No. 27) be, and the same hereby is, VACATED insofar as it is inconsistent with the foregoing.

DATED September 6, 2022.

_____
UNITED STATES DISTRICT JUDGE