# FILED UNDER SEAL

Prob12C
D/NV Form
Rev. March 2017

# United States District Court
## for
## the District of Nevada

**PETITION FOR WARRANT
FOR OFFENDER UNDER SUPERVISION**

Name of Offender: **Shaun Patrick Anderson**

Case Number: **2:21CR00178**

Name of Sentencing Judicial Officer: **Honorable James C. Mahan**

Date of Original Sentence: **March 16, 2022**

Original Offense: **Possession of Child Pornography**

Original Sentence: **78 Months prison, followed by Lifetime TSR**

Date Supervision Commenced: **August 24, 2023**

**PETITIONING THE COURT**

☒ To issue a warrant.

The probation officer believes the offender has violated the following condition(s) of supervision:

1. **Do Not Unlawfully Use Controlled Substance (MANDATORY)** - You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests, thereafter, as determined by the court, not to exceed 104 tests annually.

   Anderson submitted urine specimens which yielded positive results for methamphetamine and amphetamine on the dates listed below. Anderson admitted to using methamphetamine on or prior to each of these dates. All specimens were sent to the National Lab for confirmation of the positive results.

   - December 26, 2023 (confirmed positive methamphetamine and amphetamine)
   - December 4, 2023 (confirmed positive methamphetamine and amphetamine)

RE: Shaun Patrick Anderson

Prob12C
D/NV Form
Rev. March 2017

- November 24, 2023 (confirmed positive methamphetamine and amphetamine)
- November 17, 2023 (confirmed positive methamphetamine and amphetamine)
- November 9, 2023 (confirmed positive methamphetamine and amphetamine)
- November 1, 2023 (confirmed positive methamphetamine and amphetamine)
- October 31, 2023 (confirmed positive methamphetamine)
- August 24, 2023 (confirmed positive methamphetamine)

2. **Drug Testing (SPECIAL)** – You must submit to substance abuse testing to determine if you have used a prohibited substance. *Testing shall not exceed 104 tests per year.* You must not attempt to obstruct or tamper with the testing methods.

   A. Anderson failed to report for drug testing at Tomo facility as required on the following dates:

   - February 27, 2024
   - February 26, 2024
   - February 20, 2024
   - February 17, 2024
   - February 14, 2024
   - February 8, 2024
   - January 23, 2024
   - January 18, 2024
   - January 11, 2024
   - January 2, 2024
   - December 13, 2023
   - October 23, 2023

   B. On October 16, 2023, Anderson stalled while submitting a urine test at Tomo facility and therefore no urine specimen was able to be collected.

3. **Substance Abuse Treatment (SPECIAL)** – You must participate in an outpatient substance abuse treatment program and follow the rules and regulations of that program. The probation officer will supervise your participation in the program (provider, location, modality, duration, intensity, etc.).

   A. Anderson was scheduled for an initial treatment assessment with Westcare for Intensive Outpatient Program (IOP) on January 3, 2024, at 9 am and he failed to attend the appointment as scheduled. On December 28, 2023, Anderson was provided with the information regarding his appointment date and time, and he confirmed he would attend.

**RE: Shaun Patrick Anderson**

Prob12C
D/NV Form
Rev. March 2017

B. On January 11, 2024, Anderson failed to attend his scheduled treatment appointment at Westcare IOP at 5 pm, stating he was sick, however verification documents provided by Anderson showed his arrival time to Elite Medical Center was 10:37 pm.
C. On January 19, 2024, Anderson failed to attend his scheduled treatment appointment at Westcare IOP at 5 pm.
D. On February 7, 2024, Anderson failed to attend his scheduled treatment appointment at Westcare IOP at 5 pm, however he notified the administrative assistant, after group started that he overslept.
E. On February 13, 2024, Anderson failed to attend his scheduled treatment appointment at Westcare IOP at 5 pm.
F. On February 14, 2024, Anderson failed to attend his scheduled treatment appointment at Westcare IOP at 5 pm.
G. On February 15, 2024, Anderson was discharged unsuccessfully from Westcare IOP due to lack of attendance and failure to engage in treatment process.

4. **Sex Offender Treatment (SPECIAL)** – You must participate in a sex offense-specific treatment program and follow the rules and regulations of that program. The probation officer will supervise your participation in the program (provider, location, modality, duration, intensity, etc.).

    A. On February 14, 2024, Anderson failed to attend his scheduled appointment for sex offender treatment at Evergreen counseling.
    B. On January 23, 2024, Anderson failed to attend his scheduled appointment for sex offender treatment at Evergreen counseling.
    C. On February 15, 2024, Anderson was discharged unsuccessfully from Evergreen Counseling program due to lack of attendance and failure to engage in treatment process.

5. **Computer Monitoring (SPECIAL)** – To enable the Computer Search Condition, you must submit your computers (as defined in 18 U.S.C. § 1030(e)(1)) or other electronic communications or data storage devices or media, to the installation of computer monitoring software by the probation officer.

    On February 20, 2024, Anderson had a scheduled appointment at 11:30 am to have computer monitoring software installed on his cell phone and he failed to attend the appointment. On February 9, 2024, Anderson was provided with the information regarding his appointment date and time and confirmed he would attend the appointment.

RE: Shaun Patrick Anderson

Prob12C
D/NV Form
Rev. March 2017

6. **Work Full Time (STANDARD)** - You must work full time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses you from doing so. If you do not have full-time employment you must try to find full-time employment, unless the probation officer excuses you from doing so. If you plan to change where you work or anything about your work (such as your position or your job responsibilities), you must notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.

   At the start of supervision, Anderson reported he was employed and was directed to provide paystubs each month for verification of his employment. As of this date, Anderson has only provided paystubs for September 28, 2023, and October 5, 2023.

7. **You must make restitution in accordance with 18 U.S.C. §§ 3663 or 3663A or any other statute authorizing a sentence of restitution. (Supervised Release cases only)** **(MANDATORY)**

   At the commencement of supervision, all conditions were reviewed with Anderson including his fines and restitution obligation and he was directed to start making payments. On October 1, 2023, Anderson was directed to make a payment toward his restitution, and he failed to do so. As of this date, Anderson has made no payments towards his restitution and has an outstanding balance of $3,100.

**U.S. Probation Officer Recommendation**:

The term of supervision should be:

☒ Revoked

I declare under penalty of perjury that the information contained herein is true and correct,

Executed on **March 5, 2024**

Digitally signed by Donnette Johnson
Date: 2024.03.05 15:55:53 -08'00'

Donnette Johnson
Senior United States Probation Officer

RE: Shaun Patrick Anderson

Prob12C
D/NV Form
Rev. March 2017

Approved:

_____ Digitally signed by Brian Blevin
Date: 2024.03.05 15:54:01 -08'00'

Brian Blevins
Supervisory United States Probation Officer

RE: Shaun Patrick Anderson

Prob12C
D/NV Form
Rev. March 2017

## THE COURT ORDERS

☐     No Action.
X     The issuance of a warrant.
☐     The issuance of a summons.
☐     Other:

_____
Signature of Judicial Officer

March 5, 2024
_____
Date

RE: Shaun Patrick Anderson

Prob12C
D/NV Form
Rev. March 2017

## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA
## UNITED STATES V. SHAUN PATRICK ANDERSON, 2:21CR00178

### SUMMARY IN SUPPORT OF PETITION FOR WARRANT
### March 5, 2024

On March 16, 2022, Shaun Anderson was sentenced by Your Honor to 78 months imprisonment followed by lifetime supervised release for committing the offenses of Possession of Child Pornography. On August 24, 2023, Anderson commenced his term of supervised release in the District of Nevada. It should be noted Anderson is also serving a three-year supervised release term for case 2:17-cr-00363-APG-EJY.

As a mandatory condition of supervised release, Anderson was ordered to refrain from unlawful use of a controlled substance, however since the start of supervision Anderson has submitted eight (8) drug tests which yielded positive results for methamphetamine and amphetamine. Anderson submitted drug tests with positive methamphetamine results on the following dates:
- December 26, 2023 (confirmed positive methamphetamine and amphetamine)
- December 4, 2023 (confirmed positive methamphetamine and amphetamine)
- November 24, 2023 (confirmed positive methamphetamine and amphetamine)
- November 17, 2023 (confirmed positive methamphetamine and amphetamine)
- November 9, 2023 (confirmed positive methamphetamine and amphetamine)
- November 1, 2023 (confirmed positive methamphetamine and amphetamine)
- October 31, 2023 (confirmed positive methamphetamine)
- August 24, 2023 (confirmed positive methamphetamine)

As a special condition of supervised release, Anderson was ordered to submit to substance abuse testing, however he failed to report for drug testing at Tomo facility as required on numerous dates. On October 16, 2023, Anderson "stalled" while attempting to submit a urine specimen and as a result no specimen was collected. Specifically, Anderson failed to attend drug testing on:
- February 27, 2024
- February 26, 2024
- February 20, 2024
- February 17, 2024
- February 14, 2024
- February 8, 2024
- January 23, 2024
- January 18, 2024
- January 11, 2024
- January 2, 2024
- December 13, 2023
- October 23, 2023

RE: Shaun Patrick Anderson

Prob12C
D/NV Form
Rev. March 2017

On August 24, 2023. Anderson reported to the probation office to commence his term of supervision and was observed to be under the influence and experiencing withdrawal symptoms. Anderson admitted to the probation officer that he had consumed a cocktail of drugs which included methamphetamine and fentanyl. Due to Anderson's physical condition, the probation office transported him to the Crossroads detox program so he could obtain assistance with detoxification and address his immediate substance abuse issues. On August 30, 2024, this officer met with Anderson again after he completed the detox program at Crossroads. Anderson was subsequently enrolled in outpatient mental health and substance abuse treatment at Community Counseling on a weekly basis for individual counseling, however since he admitted he was struggling with his sobriety and continued to submit positive drug test for methamphetamine, Anderson was provided with a higher level of care and enrolled in the Intensive Outpatient Program (IOP) at Westcare.

Prior to his initial scheduled assessment this officer spoke with him in depth about what was expected of him during the treatment process. On December 28, 2023, Anderson was provided with the information regarding his initial appointment date and time to start Westcare IOP; he confirmed he would attend. Anderson was scheduled for an initial treatment assessment with Westcare for Intensive Outpatient Program (IOP) on January 3, 2024, at 9 am; he failed to attend the appointment as scheduled. While in IOP treatment, Anderson was considered a no call/no show on numerous dates, and he failed to attend treatment sessions as scheduled on January 11, 2024; January 19, 2024; February 7, 2024; February 13, 2024; and February 14, 2024. On February 15, 2024, Anderson was discharged unsuccessfully from Westcare IOP due to lack of attendance and failure to engage in treatment process.

Anderson was also enrolled in sex offender treatment counseling at Evergreen Counseling, and he failed to attend treatment as scheduled on January 23, 2024, and February 14, 2024. On February 15, 2024, he was removed from the schedule and discharged unsuccessfully from the Evergreen Counseling program due to his lack of attendance and failure to engage in the treatment process. On February 20, 2024, Anderson had a scheduled appointment at 11:30 am to have computer monitoring software installed on his cell phone and he failed to attend the appointment. On February 9, 2024, Anderson was provided with the information regarding his appointment date and time and confirmed he would attend the appointment.

At the start of supervision, Anderson reported he was employed and was directed to provide paystubs each month for verification of his employment. As of this date, Anderson has only provided paystubs for September 28, 2023, and October 5, 2023. At the commencement of supervision, all conditions were reviewed with Anderson including his fines and restitution obligation and he was directed to start making payments. On October 1, 2023, Anderson was reminded again of his financial obligation and directed to make a payment toward his restitution, and he failed to do so. As of this date, Anderson has made no payments towards his restitution and has an outstanding balance of $3,100.

RE: Shaun Patrick Anderson

Prob12C
D/NV Form
Rev. March 2017

On February 15, 2024, Anderson sent this officer a text message advising he was heading to Desert Parkway Behavioral Healthcare Hospital because he was depressed and not sleeping and would provide this officer with an update. As of March 5, 2024, this officer has received no further communication from Anderson to verify his status in treatment and his whereabouts are currently unknown.

Anderson's criminal history began around age 19 and consists of both felony and misdemeanor arrests, specifically, Petty Theft, Possession of Marijuana, Attempted Grand Larceny, Attempt Theft, Conspiracy to Commit Robbery, Robbery with a Deadly Weapon, Possession of Child Pornography, Grand Larceny, Driving Under the Influence of a Controlled Substance, Forgery, Possession of Methamphetamine, Marijuana and Paraphernalia, Burglary, Fugitive from Justice and Non-sufficient Funds/Checks. Anderson also has numerous traffic citations including Expired License Plate, Driving Without a Valid License, Insurance Required, Expired License Plate, Unregistered Vehicle, Resident Operating Vehicle Without Registration, Speeding, Pedestrian Not in Crosswalk – Jaywalk, Walk on Road where Sidewalk is Provided. Anderson has a plethora of prior probation violations for similar conduct related to drugs and alcohol and multiple bench warrants were issued where he failed to appear in Court as ordered. Additionally, on January 24, 2024, Anderson was arrested by Las Vegas Metro Police for committing the offense of Failure to Register as a Sex Offender, however on January 25, 2024, Anderson was released from custody and the case was denied prosecution. Based upon all the above noncompliance issues, it is respectfully recommended a warrant be issued to initiate revocation proceedings.

Respectfully submitted,

Digitally signed by
Donnette Johnson
Date: 2024.03.05
15:56:19 -08'00'

Donnette Johnson
Senior United States Probation Officer

Approved:

Digitally signed by
Brian Blevin
Date: 2024.03.05
15:54:42 -08'00'

Brian Blevins
Supervisory United States Probation Officer