**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SHAUN PATRICK ANDERSON,<br><br>Defendant.<br><hr><br>UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SHAUN PATRICK ANDERSON,<br><br>Defendant. | Case No. 2:17-cr-00363-APG-EJY<br><br>**ORDER CONSOLIDATING CASES**<br><br><br><br>Case No. 2:21-cr-00178-JCM-DJA |

These two cases come before the court on motions to consolidate the revocation proceedings on the petitions filed in each case. The district court has broad discretion over whether to order consolidation, and in doing so "weighs the saving of time and effort consolidation would produce against any inconvenience, delay, or expense that it would cause." *Huene v. United States*, 743 F.2d 703, 704 (9th Cir. 1984). The judges to whom these actions are assigned have reviewed the motions and, exercising their discretion, find that consolidation of the petitions will aid in the efficient disposition of these cases.

IT IS THEREFORE ORDERED that the joint motions to consolidate proceedings related to the alleged violation of supervised release (ECF No. 100 in 2:17-cr-00363-APG-EJY and ECF No. 59 in 2:21-cr-00178-JCM-DJA) are GRANTED. The petitions related to alleged violations of supervised release are consolidated, and both will be heard by Judge Gordon at the previously scheduled hearing on **April 9, 2024 at 9:30 a.m. in Courtroom 6C**.

IT IS FURTHER ORDERED that any further filings regarding the alleged supervised release violations will be filed in Judge Gordon's case, 2:17-cr-00363-APG-EJY.

DATED this 2nd day of April, 2024.

| | |
|---|---|
| JAMES C. MAHAN<br>UNITED STATES DISTRICT JUDGE | ANDREW P. GORDON<br>UNITED STATES DISTRICT JUDGE |