# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:21-cr-00178-APG-DJA |
| Plaintiff, | |
| v. | **Order** |
| SHAUN PATRICK ANDERSON, | |
| Defendant. | |

This matter comes before the Court on the motion to withdraw SUPRIYA PRASAD's appearance as counsel for the United States of America. Upon consideration of the same, the Court grants the motion.

**IT IS THEREFORE ORDERED** that the appearance of SUPRIYA PRASAD in the above-referenced case is withdrawn.

Dated this __23rd__ day of __October__ 2025.

_____
HONORABLE ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

1